## El Pueblo v. Soriano.

Apelación procedente de la Corte de Distrito de San Juan.

No. 38.    Resuelto en Octubre 26, 1905.

Nuevo juicio.—Descubrimiento de nuevas pruebas.—La solicitud interesando la celebración de un nuevo juicio deberá presentarse antes de dictar sentencia la corte inferior, y si se fundare en el descubrimiento de nuevas pruebas, hay que justificar que no le fué posible al acusado descubrir las nuevas pruebas y aducirlas en la vista de la causa, á pesar de haber empleado la mayor actividad razonable en este sentido.

Id.—La alegación de que las declaraciones de determinados testigos que comparecieron en el juicio, fueron falsas, no es motivo suficiente para decretar la celebración de un nuevo juicio, pues tales testigos declararon bajo la responsabilidad de su juramento, y hay que presumir que dijeron la verdad, mientras no se pruebe lo contrario.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. López Landrón.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Figueras, emitió la opinión del tribunal.

Esta causa trae su origen del Juzgado Municipal de esta ciudad, de cuya sentencia condenatoria se apeló para ante la Corte de este Distrito que á su vez condenó á la acusada en 13 de marzo último por el delito de abuso de confianza á sufrir la pena de treinta días de arresto en la cárcel de este distrito y á pagar quince dollars de multa y las costas. Contra esta sentencia se apeló; para sustanciar esta apelación se prestó fianza de cien dollars y se remitió el récord á esta Corte Suprema, en el cual consta el escrito de apelación, la sentencia y la primitiva denuncia jurada ante el juez municipal el 12 de enero de 1905 que dice así: " Yo Cristina Escalera, vecina de Santurce, calle de la Iglesia, de estado soltera y profesión mi casa, juro y declaro solemnemente: Que formulo denuncia contra Justa Soriano, porque el día primero del actual le mandé á Bernabé Dalmau, con la Soriano, seis pesos, sin que se los haya

entregado, negando también el haberlos recibido. Testigos, Ursula Carmona, Pedro Villegas y Guadalupe Galé.—(firmado) Cristina Escalera.''

La acusada hizo la alegación de no culpable.

El 13 de marzo de 1905 se celebró el juicio ante la Corte de Distrito, se practicó la prueba del Fiscal con la presencia de la acusada y de su abogado don Rafael López Landrón y se dictó en dicha fecha la sentencia condenatoria de que se ha hecho mérito y que es objeto de la apelación que está hoy pendiente de esta Corte Suprema.

No hay en el récord relación de hechos, ni pliegos de excepciones.

El letrado defensor comparece por escrito ante esta Corte Suprema y hace una relación de hechos que jura la acusada como ciertos ante un notario público y cuyos hechos tienden á demostrar que la denunciante Cristina Escalera presentó la denuncia por resentimientos con la acusada Justa Soriano, por haberse ésta y su hermana Aurelia negado á declarar con anterioridad 'que el fruto que la Escalera llevaba en su vientre era de Bernabé Dalmau y esa contrariedad que despertó el odio para la denuncia la llevó también á valerse de testigos complacientes que la ayudaron á consumar su obra en contra de la hoy acusada Justa Soriano, quien por ignorancia é inexperiencia dió lugar á la omisión lamentable de toda su prueba de descargo y coartada, dejando así prevalecer el fallo apelado, condenatorio, injusto en cuanto que descansa exclusivamente en falsos testimonios.

La acusada dice que pudo probar con varios testigos que nombra que estaba en Río Piedras el día que se afirma que recibió los seis pesos en Santurce para entregarlos á Bernabé Dalmau.

Por tal razón y fundándose en el artículo 364 del Código de Enjuiciamiento Criminal, pide la celebración de un nuevo juicio.

El fiscal de esta Corte Suprema se opuso y solicitó la confirmación de la sentencia por escrito y en el acto de la vista que tuvo lugar sin asistencia de la representación de la parte apelante.

Veamos ahora si con los elementos que contiene el alegato de la parte apelante, puede esta corte ordenar la celebración de un nuevo juicio.

Es deber consignado en el artículo 304 del Código de Enjuiciamiento Criminal que la instancia solicitando un nuevo juicio se presente antes de dictarse la sentencia y en el caso que nos ocupa, no se solicitó en ese tiempo y en el supuesto de haberse hecho la solicitud en su debida oportunidad, faltaría todavía demostrar que, á pesar de haber empleado la mayor actividad razonable, no le fué posible descubrir las nuevas pruebas y aducirlas en la vista de la causa.

Nada de eso se ha cumplido en la ocasión presente.

Puede objetarse que el artículo 364 del código referido faculta á este tribunal cuando lo crea justo para ordenar la celebración de un nuevo juicio; pero no puede considerarse justa la concesión de ese beneficio, cuando nada se alega que justifique esa necesidad en bien de la justicia.

Debe observarse, que aquí sólo se indica que los testigos de cargo son falsos y que se tienen otros que se nombran para probar la coartada, es decir, para probar que la acusada no pudo recibir en Santurce los seis pesos el día primero de enero de 1905, porque desde el 28 de diciembre de 1904 hasta el 2 de enero, estuvo en Sabana-Llana, barrio del pueblo de Río Piedras, asistiendo á una hermana que estaba enferma.

Llama la atención, la coincidencia de haber regresado el 2 de enero, es decir, precisamente el día siguiente en que se afirma que se cometió el hecho; pero, de todos modos, esto sería una circunstancia propia para su defensa, y como personal y de su conocimiento pudo alegarlo.y probar-

lo en los dos juicios que se han celebrado primero ante el Juez Municipal y luego el 13 de marzo de 1905 ante la Corte de Distrito de San Juan y nada absolutamente se hizo en las dos propicias ocasiones que se la brindaron. No es, por consiguiente esa una prueba que pueda determinar la concesión de un nuevo juicio y menos lo es la alegación de la falsedad de las declaraciones de los testigos de cargo, porque estos declararon bajo la responsabilidad de su juramento y hay que suponer que dijeron verdad, mientras no se pruebe lo contrario.

Por todas estas razones, no es posible conceder un nuevo juicio como se pretende, ni se ha cometido en la sentencia error alguno que autorice su revocación ó modificación, y por tanto proponemos su confirmación con las costas del recurso.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.